| | |
|---|---|
| OMAR ALVAREZ; A.A., a minor, by and through his guardian ad litem, OMAR ALVAREZ; RUBEN RAMIREZ, SR.; and, LILLIAN CASTRO,<br><br>　　　　　　Plaintiffs,<br>　　vs.<br>CITY OF OAKLAND, a municipal corporation; RICHARD WORD, in his capacity as Chief of Police for the CITY OF OAKLAND; J. GORDON, individually, and in his capacity as a police officer for the CITY OF OAKLAND; S. THURSTON, individually, and in his capacity as a police officer for the CITY OF OAKLAND; E. PRESNELL, individually, and in his capacity as a police officer for the CITY OF OAKLAND; M. CARDOZA, individually, and in his capacity as a police officer for the CITY OF OAKLAND; S. MITCHELL, individually, and in his capacity as a police officer for the CITY OF OAKLAND; J. CABRAL, individually, and in his capacity as a police officer for the CITY OF OAKLAND and, Oakland police officers DOES 3-25, inclusive,<br><br>　　　　　　Defendants.　　　　　　/ | Case No.  C 04 5053 CW<br><br>~~(PROPOSED)~~ ORDER EXTENDING MEDIATION DEADLINE |

　　　PURSUANT TO THE PARTIES' STIPULATION, the mediation deadline in the above-noted matter is hereby extended to October 15, 2005.

　　　**IT IS SO ORDERED.**

Date: __7/21/05__　　　　　　　　　　　　　　　　/s/ CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE